UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

    - against -                 :  **ORDER**

                                                      :  13 Cr. 770 (DC)

LLOYD CUMMINGS,                    :

        Defendant.         :

- - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

    On the Government's application and with Defendant Lloyd Cummings's consent, IT IS HEREBY ORDERED that the pending violation specifications against Cummings are DISMISSED without prejudice.

    SO ORDERED.

Dated: New York, New York
       January 7, 2020

                                          DENNY CHIN
                                          United States Circuit Court